UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOSEPH G SIMMONS JR,

    Plaintiff,

v.

DEBORAH J WOFFARD et al.

    Defendants.

CASE NO. C11-5999-BHS-JRC

ORDER RE-NOTING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

    This 42 U.S.C. §1983 civil rights matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §§ 636(b)(1)(A) and (B) and Local Magistrate Judges Rules MJR 1, MJR 3, and MJR 4. The Court, on its own motion, re-notes plaintiff's motion for preliminary injunction, (ECF No. 7), for March 9, 2012.

    Five of the defendants have accepted service by mail so far, but counsel has yet to appear, and it is too early to expect a response regarding the motion for injunctive relief. Counsel should be allowed to appear and respond prior to the Court considering this motion.

    Dated this 9th day February, 2012.

J. Richard Creatura
United States Magistrate Judge