UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOSEPH G SIMMONS JR,

        Plaintiff,

v.

DEBORAH J WOFFARD et al.

        Defendants.

CASE NO. C11-5999 BHS-JRC

ORDER GRANTING PLAINTIFF'S MOTION TO FILE AN AMENDED COMPLAINT AND ADDRESSING OTHER OUTSTANDING MOTIONS

The District Court has referred this 42 U.S.C. § 1983 civil rights action to the undersigned Magistrate Judge. The authority for the referral is 28 U.S.C. § 636(b) (1) (A) and (B), and local Magistrate Judge Rules MJR3 and MJR4. Plaintiff asks that the Court grant him leave to file an amended complaint (ECF No. 32). Defendants do not oppose the motion (ECF No. 43, page 1). The defendants have answered the original complaint and leave of Court is required. See, Fed. R. Civ. P. 15 a (2). The motion is GRANTED.

Plaintiff attempts to amend the original complaint by adding pages from another pleading (ECF No. 32, page 2 through 27). The Court will not accept the amendment in this form. The Court needs one document to serve as the complaint. Plaintiff will need to file a new document

ORDER GRANTING PLAINTIFF'S MOTION TO
FILE AN AMENDED COMPLAINT AND
ADDRESSING OTHER OUTSTANDING
MOTIONS - 1

titled "amended complaint." This new document will act as a complete substitute for the original complaint. Plaintiff will need to provide addresses and service copies for any person who has not already accepted service. The amended complaint will be due on or before June 29, 2012. A new scheduling order will issue if new parties are served and file an answer. The scheduling order entered March 15, 2012, (ECF No. 25), will remain in effect until that time.

Plaintiff has also filed a motion for an extension of time to file his amended complaint (ECF No. 38), and a motion to modify the scheduling order (ECF No. 39). Both of those motions are denied in light of this order, which gives plaintiff until June 29 2012, to file his amended complaint and informs the parties that a new scheduling order will be issued if new defendants are served.

The clerk is directed to remove ECF No. 32, 38, and 39 from the Court's calendar.

Dated this 16th day of May, 2012.

J. Richard Creatura
United States Magistrate Judge

ORDER GRANTING PLAINTIFF'S MOTION TO
FILE AN AMENDED COMPLAINT AND
ADDRESSING OTHER OUTSTANDING
MOTIONS - 2