UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOSEPH G SIMMONS JR,

        Plaintiff,

v.

DEBORAH J WOFFARD, et al.,

        Defendants.

CASE NO. C11-5999 BHS-JRC

ORDER GIVING DEFENDANTS
THE OPPORTUNITY TO RESPOND

The district court has referred this 42 U.S.C. §1983 civil rights matter to the undersigned Magistrate Judge pursuant to 28 U.S.C. §§ 636 (b)(1)(A) and (B) and Local Magistrate Judge Rules MJR 1, MJR 3, and MJR 4. Plaintiff has filed a motion for reconsideration of an order denying modification of the scheduling order (ECF No. 50). Plaintiff argues that there are a number of reasons he has had trouble obtaining discovery. Plaintiff also asserts that defendant's counsel has agreed that modification of the scheduling order is warranted and that counsel does not oppose his motion for reconsideration (ECF No. 50, page 5).

Local Rule 7(h) addresses motions for reconsideration. No response to a motion for reconsideration is allowed unless one is called for by the Court, however, no motion for reconsideration will be granted without the Court requesting a response. Local Rule 7 (h) (3).

Defendant's counsel has until July 13, 2012, to respond to the motion for reconsideration. In particular, counsel should address plaintiff's contention that he has agreed not to contest the motion and agrees that an extension of the scheduling order is warranted.

Dated this 18th day of June, 2012.

J. Richard Creatura
United States Magistrate Judge

ORDER GIVING DEFENDANTS THE
OPPORTUNITY TO RESPOND - 2