UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOSEPH G SIMMONS JR,

    Plaintiff,

  v.

DEBORAH J WOFFARD et al.

    Defendants.

CASE NO. C11-5999 BHS-JRC

ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S MOTION FOR LEAVE TO SERVE EXCESS INTERROGATORIES

   The District Court has referred this 42 U.S.C. § 1983 civil rights action to United States Magistrate Judge J. Richard Creatura. The authority for the referral is 28 U.S.C. § 636(b)(1)(A) and (B), and local Magistrate Judge Rules MJR3 and MJR4.

   Plaintiff asks for leave to serve additional interrogatories on each defendant and states that he has served the same interrogatories -- a total of 26 interrogatories -- on the entire group of defendants (ECF No. 59). Fed. R. Civ. P. 33 allows the Court to consider and grant the motion subject to the limitation in Fed. R. Civ. P. 26(b)(2).

   Plaintiff has not provided the Court with enough information to determine if the discovery would be unreasonably cumulative or duplicative, or whether the burden outweighs

the likely benefit, as required by Fed. R. Civ. P. 26(b)(2). The motion is denied without

prejudice.

Dated this 12th day of July, 2012.

J. Richard Creatura
United States Magistrate Judge

ORDER DENYING WITHOUT PREJUDICE
PLAINTIFF'S MOTION FOR LEAVE TO SERVE
EXCESS INTERROGATORIES - 2