UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOSEPH G SIMMONS JR,<br><br>    Plaintiff,<br><br>    v.<br><br>DEBORAH J WOFFARD et al.,<br><br>    Defendants. | CASE NO. C11-5999 BHS-JRC<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME |

The District Court has referred this 42 U.S.C. § 1983 civil rights action to United States Magistrate Judge, J. Richard Creatura. The authority for the referral is 28 U.S.C. § 636(b) (1) (A) and (B), and local Magistrate Judge Rules MJR3 and MJR4.

Plaintiff asked the Court for injunctive relief (ECF No. 46), and defendants have responded (ECF No. 55). Plaintiff now asks for a 60-day extension of time to file a reply (ECF No. 58 and 59).

1  The time for filing a reply has past and the motion is ripe for consideration. A reply brief
2  is not mandatory and plaintiff has not shown good cause for an extension to file a reply. The
3  motion is denied.

4  Dated this 12th day of July, 2012.

J. Richard Creatura
United States Magistrate Judge

ORDER DENYING PLAINTIFF'S MOTION FOR
AN EXTENSION OF TIME - 2